762

Schaeffer et al., Appellants, *v.* Carter.

Argued December 5, 1972. *Martin Heller,* for appellants; *Donald Reifsnyder,* with him *MacElree, Platt & Harvey,* for appellee.
Judgment affirmed.

Shapiro *v.* Atlantic Richfield Company, Appellant.

Argued November 14, 1972. *Matthew M. Strickler,* with him *Daniel Shapira, Charles I. Thompson, Jr.,* and *Ballard, Spahr, Andrews & Ingersole, Reed, Smith, Shaw & McClay,* for appellant; *David A. Murdoch,* with him *Robert L. Becker, Jr.,* and *Kirkpatrick, Lockhart, Johnson & Hutchison,* for appellee.
Order affirmed.
CERCONE, J., absent.

Town & Country Motel, Inc. *v.* St. Paul Fire & Marine Insurance Company et al., Appellants.

Argued November 14, 1972. *Loyal H. Gregg,* with him *Jones, Gregg, Creehan & Gerace,* for appellants; *F. Peter Dixon,* with him *McGrath & Dixon,* for appellee.
Judgment affirmed.
CERCONE, J., absent.